VAN PATTEN *v.* WANK.

Opinion delivered April 29, 1907.

82    547
Case 1
87    370

APPEAL—INSUFFICIENCY OF ABSTRACT.—Where appellant's abstract is insufficient, the court will not explore the transcript for errors.

Appeal from Garland Circuit Court; *Alexander M. Duffie,* Judge; affirmed.

*R. G. Davies,* for appellant.

*T. M. Hooker* and *C. V. Teague,* for appellee.

PER CURIAM. The abstract of the appellant in this case is so deficient that the court is unable to ascertain the facts without exploring the record, which the court must decline to do, as explained in *Ruble* v. *Helm,* 57 Ark. 304. See also applications to this rule in the following cases: *Shorter University* v. *Franklin,* 75 Ark. 571; *Beavers* v. *Security Mutual Ins. Co.,* 76 Ark. 138.

For these reasons the judgment is affirmed.